

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

| | |
|---|---|
| Andrew Caridas, Esq. | Tara K. Hogan, Esq. |
| Brenna D. Duncan, Esq. | Meen G. Oh, Esq. |
| Jon B. Jacobs, Esq. | U.S. Department of Justice |
| Michael P. House, Esq. | Commercial Litigation Branch - Civil |
| Shuaiqi Yuan, Esq. | Division |
| Perkins Coie, LLP | P.O. Box 480 |
| 700 13th Street, NW | Ben Franklin Station |
| Suite 600 | Washington, DC 20044 |
| Washington, DC 20005 | |
| | Aimee Lee, Esq. |
| | U.S. Department of Justice |
| | International Trade Field Office |
| | 26 Federal Plaza |
| | Suite 346 |
| | New York, NY 10278 |
| | |
| | Anthony D. Saler, Esq. |
| | Kimberly Hsu, Esq. |
| | Of Counsel |
| | U.S. Department of Commerce |
| | Office of Chief Counsel for Industry and Security |
| | 1401 Constitution Avenue, NW |
| | Washington, DC 20230 |

                          April 15, 2021

Re:    *Oman Fasteners, LLC v. United States et al.*, Consol. Court No. 20-00037

Dear Counsel:

      In *PrimeSource Building Products, Inc. v. United States*, Slip Op. 21-08 (Jan. 27, 2021) (*"PrimeSource I"*) and *PrimeSource Building Products, Inc. v. United States*, Slip Op. 21-36

(Apr. 5, 2021) ("*PrimeSource II*"), this Court adjudicated a claim that in substance parallels a claim contained within Count I of the complaint in this case.  The Count I claim, unlike those stated in Counts II and III, is not now stayed.  *See Order* (Mar. 16, 2020), ECF No. 54.

In *PrimeSource II*, this Court entered summary judgment in favor of the plaintiff in that case, on the claim that is substantially similar to the one contained within Count I in this case.  In light of the decisions reached in *PrimeSource I* and *PrimeSource II*, the court requests that each counsel consult with counsel for the other party with the objective of arriving at an agreed-upon proposed schedule or alternate procedure that will apply to the continuation of this litigation.  Should counsel not reach agreement, the court requests that each party submit a separate proposal.

The court requests that counsel respond to this request by April 30, 2021.  Should you have any questions that require the court's involvement, please contact Ms. Cynthia Love by email at cynthia_love@cit.uscourts.gov or by telephone on 212-264-2923.  Thank you for your cooperation.

> Very truly yours,
> /s/ Jennifer Choe-Groves
> Jennifer Choe-Groves, Judge
>
> /s/ M. Miller Baker
> M. Miller Baker, Judge
>
> /s/ Timothy C. Stanceu
> Timothy C. Stanceu, Judge