UNITED STATES COURT OF INTERNATIONAL TRADE
Hon. Timothy C. Stanceu, Hon. Jennifer Choe-Groves, Hon. M. Miller Baker

| | |
|---|---|
| OMAN FASTENERS, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES; *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Consol. Court No. 20-00037 <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT STATUS REPORT**

Pursuant to the Court's request, ECF No. 104, the parties have conferred and jointly propose a procedure for the disposition of this case. In its letter to the parties, the Court noted that in *PrimeSource Building Products, Inc. v. United States,* Slip Op. 21-08 (Jan. 27, 2021) ("*PrimeSource I*") and *PrimeSource Building Products, Inc. v. United States,* Slip Op. 21-36 (Apr. 5, 2021) ("*PrimeSource II*"), it had adjudicated a claim that was, in substance, parallel and substantially similar to the claim alleged in Count I of the Complaint in this case. It also noted that it had entered summary judgment in favor of the plaintiff in *PrimeSource II*. The parties have conferred and now agree that the Court's decisions in *Primesource I* and *Primesource II* are decisive as to Count I of Plaintiffs' Complaints. To enable an expedited disposition of their Complaints, Plaintiffs intend to move the Court to lift the stay on and then dismiss Counts II and III of Plaintiffs' complaints, without prejudice, which Defendant will not oppose. If that motion is granted, the parties agree that the case would be ripe for complete and final adjudication.

In order to effectuate this proposal, the parties agree upon the following:

First, the parties agree that, in light of *Primesource I and II*, there is no reason for this Court not to grant Plaintiffs' Motion for Summary Judgment on Count I of the Complaints, ECF No. 65,

and deny Defendant's Motion to Dismiss Count I of Plaintiffs' Complaints. As was true in the *PrimeSource* litigation prior to the Court's entry of judgment, Defendants in this case do not intend to introduce any additional evidence related to potential factual disputes or additional factual information showing that Proclamation 9980 satisfied the requirements of 19 U.S.C. § 1862(b)(2)(A). Defendants' position remains that the procedural preconditions for the issuance of Proclamation 9980 were met by the Secretary's 2018 Steel Report and the timely issuance of Proclamation 9705, but this Court has already rejected that position. Therefore, the parties agree that there is no reason for this Court not to grant Plaintiffs' Motion for Summary Judgment on Count I of the Complaints. Defendants fully reserve all rights to appeal any adverse judgment.

Second, the parties agree that there is no reason why the Court should not lift the stay as to Counts II and III of the Complaints (*See* ECF Nos. 46, 54) and to dismiss both of those counts without prejudice.

Third, the parties recognize that upon the Court's grant of summary judgment on Count I and dismissal without prejudice of Counts II and III, there will be no reason for the Court to delay of entry of final judgment as to Count I.  Plaintiffs request that the Court enter a judgment that Proclamation 9980 is invalid as contrary to law and that directs that the entries affected by this litigation be liquidated without the assessment of duties pursuant to Proclamation 9980, with refund of any deposits for such duty liability that may have been collected pursuant to Proclamation 9980.  Defendants defer to the Court as to the precise wording or terms of the judgment.

Finally, the parties agree that, by its express terms, upon entry of judgment, the injunctive order dated February 21, 2020 in this case (and later modified on April 16, 2020) will terminate, including Plaintiffs' obligations to maintain continuous bonds sufficient to cover duties enacted

pursuant to Proclamation 9980.  Nonetheless, defendants reserve the right to seek to maintain the *status quo ante* while any appeal is pending, to ensure that the public fisc is protected.

Respectfully submitted,

Dated:  April 30, 2021

/s/ Michael P. House
Michael P. House
Andrew Caridas
Shuaiqi Yuan
**PERKINS COIE LLP**
700 Thirteenth St., NW, Suite 800
Washington, D.C. 20005
202-654-6288
mhouse@perkinscoie.com
*Counsel to Oman Fasteners, LLC*

--and

BRIAN M. BOYNTON
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/  TARA K. HOGAN
Assistant Director

/s/  AIMEE LEE
Assistant Director

/s/  MEEN GEU OH
Senior Trial Counsel
Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel.:  (202) 307-0184
Email: Meen-Geu.Oh@usdoj.gov

April 30, 2021                                   Attorneys for Defendants