UNITED STATES COURT OF INTERNATIONAL TRADE
Hon. Timothy C. Stanceu, Hon. Jennifer Choe-Groves, Hon. M. Miller Baker

| | |
|---|---|
| OMAN FASTENERS, LLC, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Consol. Court No. 20-00037 |
| THE UNITED STATES; *et al.*, | ) |
| Defendants. | ) |

### UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT AND DISPOSITION OF THIS ACTION

Pursuant to the Joint Status Report filed today by the parties to this action, ECF No. 105, Plaintiffs respectfully move the Court for entry of an order fully adjudicating the claims alleged in Count I of Plaintiffs' Complaints. In addition, Plaintiffs move the Court to dismiss Counts II and III of Plaintiffs' Complaints, without prejudice, resulting in a complete and final adjudication of this action. On April 30, 2021, counsel for Plaintiffs consulted with Meen-Geu Oh, counsel for Defendants, who indicated that Defendants do not oppose this Motion.

In the Court's letter to the parties, ECF No. 104, the Court noted that in *PrimeSource Building Products, Inc. v. United States,* Slip Op. 21-08 (Jan. 27, 2021) ("*PrimeSource I*") and *PrimeSource Building Products, Inc. v. United States,* Slip Op. 21-36 (Apr. 5, 2021) ("*PrimeSource II*"), it had adjudicated a claim that was, in substance, parallel and substantially similar to the claim alleged in Count I of the Complaint in this case. It also noted that it had entered summary judgment in favor of the plaintiff in *PrimeSource II.* At the Court's request, the parties have conferred and agree on a procedure for a disposition of this case. Pursuant to that agreement,

1

as set forth in the Joint Status Report filed today by the parties, Plaintiffs respectfully move the Court for entry of an order resulting in a complete and final adjudication of this action.

First, the Court should deny Defendant's Motion to Dismiss Count I of Plaintiffs' Complaints, ECF No. 57, and grant Plaintiffs' Motion for Summary Judgment with Respect to Count I of the Plaintiffs' Complaint, ECF No. 65. As was true in the *PrimeSource* litigation prior to the Court's entry of judgment, Defendants in this case have represented to the Court that they do not intend to introduce any additional evidence related to potential factual disputes or additional factual information showing that Proclamation 9980 satisfied the requirements of 19 U.S.C. § 1862(b)(2)(A). Plaintiffs understand that Defendants' position remains that the procedural preconditions for the issuance of Proclamation 9980 were met by the Secretary's 2018 Steel Report and the timely issuance of Proclamation 9705, but this Court has already rejected that position. Therefore, there is no reason for this Court not to grant Plaintiffs' Motion for Summary Judgment on Count I of the Complaints.

Second, upon the Court's decision on the parties' motions with respect to Count I, the stays of Counts II and III of the Complaints will be lifted. (*See* ECF Nos. 46, 54). Plaintiffs move the Court to then dismiss both of those Counts, without prejudice.

Third, upon the Court's grant of summary judgment on Count I and dismissal without prejudice of Counts II and III, Plaintiffs move the Court to enter a judgment that Proclamation 9980 is invalid as contrary to law and that directs that the entries affected by this litigation be liquidated without the assessment of duties pursuant to Proclamation 9980, with refund of any deposits for such duty liability that may have been collected pursuant to Proclamation 9980.

<u>Finally</u>, Plaintiffs move the Court to order other appropriate relief, including terminating Plaintiffs' obligations to post continuous bonds to cover duties enacted pursuant to Proclamation 9980.

Dated: April 30, 2021

        /s/ Michael P. House
        Michael P. House
        Andrew Caridas
        Shuaiqi Yuan
        **PERKINS COIE LLP**
        700 Thirteenth St., NW, Suite 800
        Washington, D.C. 20005
        202-654-6288
        mhouse@perkinscoie.com
        *Counsel to Oman Fasteners, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of April, 2021, I electronically filed a copy of the foregoing using the CM/ECF system, which sent a notification of such filing to all counsel of record.

/s/ Michael P. House
Michael P. House