## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE TIMOTHY C. STANCEU, JUDGE
         THE HONORABLE JENNIFER CHOE-GROVES, JUDGE
         THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| OMAN FASTENERS, LLC, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Consol. Ct. No. 20-00037 |
| THE UNITED STATES, *et al.*, | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that the defendants in the above-captioned action hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment and accompanying order and opinion, Slip op. 21-72, entered on June 10, 2021.

    Respectfully submitted,

    BRIAN M. BOYNTON
    Acting Assistant Attorney General

    JEANNE E. DAVIDSON
    Director

/s/Tara K. Hogan
TARA K. HOGAN
AIMEE LEE
Assistant Directors

/s/Meen Geu Oh
MEEN GEU OH
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
P.O. Box 480, Ben Franklin Station
Washington, DC 20044
Tele: (202) 307-0184
Email: Meen-Geu.Oh@usdoj.gov

August 7, 2021                     Attorneys for Defendants