Slip Op. No. 23-102

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **OMAN FASTENERS, LLC, et al.,** | Before: Jennifer Choe-Groves, Judge |
| Plaintiffs, | M. Miller Baker, Judge |
| v. | Timothy C. Stanceu, Judge |
| **UNITED STATES, et al.,** | Consol. Court No. 20-00037 |
| Defendants. | |

**JUDGMENT**

Further to the mandate of the Court of Appeals for the Federal Circuit ("Court of Appeals") in *Oman Fasteners, LLC, Huttig Building Products, Inc., Huttig, Inc. v. United States*, CAFC Mandate in Appeal No. 21-2252 (July 5, 2023), ECF No. 150, it is hereby

**ORDERED** that Plaintiffs' claims against the President of the United States be, and hereby are, dismissed without prejudice; it is further

**ORDERED** that Plaintiffs' Motion for Summary Judgment With Respect to Count 1 of Plaintiffs' Complaint (Apr. 14, 2020), ECF No. 65, be, and hereby is, denied; it is further

**ORDERED** that pursuant to USCIT Rule 56.1, judgment be, and hereby is, entered for Defendants United States, the Department of Commerce, Secretary of Commerce Gina Raimondo, U.S. Customs and Border Protection, and Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection Troy A. Miller; and it is further

Consol. Court No. 20-00037 Page 2

      **ORDERED** that entries affected by this litigation shall be liquidated in accordance with the decision of the Court of Appeals in *Oman Fasteners, LLC, Huttig Building Products, Inc., Huttig, Inc. v. United States*, 59 F.4th 1255 (Fed. Cir. 2023).

                                                    /s/ Jennifer Choe-Groves  
                                                Jennifer Choe-Groves, Judge

                                                    /s/ M. Miller Baker  
                                                M. Miller Baker, Judge

                                                    /s/ Timothy C. Stanceu  
                                                Timothy C. Stanceu, Judge

Dated: July 13, 2023  
       New York, New York